1 | KAREN P. HEWITT
United States Attorney
2 | RAVEN M. NORRIS
Assistant U.S. Attorney
3 | California State Bar No. 232868
880 Front Street, Room 6293
4 | San Diego, California 92101-8893
Email: Raven.Norris@usdoj.gov
5 | Telephone: (619) 557-7157

6 | Attorneys for the Respondents

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | MOHAMMED ABUZIR,                 )   Case No. 07 cv 2249 IEG (LSP)
                                     )
11 |                 Petitioner,     )   NOTICE OF APPEARANCE
                                     )
12 |         v.                      )
                                     )
13 | MICHAEL CHERTOFF, Secretary of the)
     Department of Homeland Security, et al.,)
14 |                                 )
                                     )
15 |                 Respondents.    )
     _____ )
16
     TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
17
         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.
18
         I certify that I am admitted to practice in this court or authorized to practice under CivLR
19
     83.3.c.3-4.
20
         The following government attorneys (who are admitted to practice in this court or authorized to
21
     practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel
22
     for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this
23
     case:
24
         Name (If none, enter "None" below)
25
           None
26
         Effective this date, the following attorneys are no longer associated with this case and should
27
     not receive any further Notices of Electronic Filings relating to activity in this case:
28
         Name (If none, enter "None" below)

           None

| | |
|---|---|
| 1 | |
| 2 | Please call me if you have any questions about this notice. |
| 3 | |
| 4 | Dated:   December 26, 2007                    Respectfully submitted, |
| 5 |                                                                              KAREN P. HEWITT<br>United States Attorney |
| 6 | |
| 7 |                                                                              s/ Raven M. Norris<br>RAVEN M. NORRIS<br>Assistant U.S. Attorney |
| 8 |                                                                              Attorneys for Respondents |
| 9 | |
| 10–28 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMED ABUZIR, | ) | Civil No. 07 cv 2249 IEG (LSP) |
| | ) | |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I have caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Mohammed Abuzir
A95-700-812
San Diego Detention Center (CCA)
P.O. Box 439049
San Ysidro, CA 92143-9049

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I have also caused a courtesy copy of the foregoing to be mailed, by the United States Postal Service, to the following parties:

James Fife
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 26, 2007

     s/ Raven M. Norris
RAVEN M. NORRIS