KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Raven.Norris@usdoj.gov
Telephone: (619) 557-7157

Attorneys for the Respondents

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABUZIR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　Respondents. | Case No. 07 cv 2249 IEG (LSP)<br><br>RESPONDENTS **NON-OPPOSITION** TO PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

The Government does not oppose the motion for appointment of counsel, but recommends that the scope of paid representation be defined since petitioner is concurrently seeking judicial review of his final removal order and there is the potential of a remand for administrative proceedings. Respondents in removal proceedings are entitled to representation, but not at government expense. Therefore, the scope of appointment and reimbursement for services should not include appearances before DHS, the immigration judge or the Board of Immigration Appeals. See 8 U.S.C. §§ 1229a(b)(4)(A), 1362; 8 C.F.R. § 1003.16.

Dated: December 26, 2007　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　s/ Raven M. Norris
　　　　　　　　　　　　　　　　　　RAVEN M. NORRIS
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Respondents

||UNITED STATES DISTRICT COURT|
|---|---|
||SOUTHERN DISTRICT OF CALIFORNIA|

| MOHAMMED ABUZIR, | ) | Civil No. 07 cv 2249 IEG (LSP) |
|---|---|---|
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| Respondents. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the RESPONDENTS' NON-OPPOSITION TO MOTION TO APPOINT COUNSEL on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Mohammed Abuzir
A95-700-812
San Diego Detention Center (CCA)
P.O. Box 439049
San Ysidro, CA 92143

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I have also caused a courtesy copy of the foregoing to be mailed, by the United States Postal Service, to the following parties:

James Fife
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 26, 2007

      s/ Raven M. Norris
      RAVEN M. NORRIS