1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Email: Raven.Norris@usdoj.gov
5  Telephone: (619) 557-7157

6
   Attorneys for the Respondents
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
   MOHAMMED ABUZIR,            )   Civil No. 07 cv 2249-IEG (LSP)
11                             )
              Petitioner,      )   GOVERNMENT'S RETURN TO WRIT FOR
12                             )   HABEAS CORPUS: NOTICE OF
       v.                      )   REMOVAL
13                             )
   MICHAEL CHERTOFF, Secretary,)
14 Department of Homeland Security, et al.,)
                               )
15            Respondents.     )
                               )
16

17      Petitioner, an alien under a final order of removal, has filed a Petition for a Writ of Habeas

18 Corpus seeking release from the Department of Homeland Security custody pending removal to his

19 home country, Jordan. The Government has determined that Petitioner has, in fact, been released

20 from custody on or about January 3, 2008. See Exhibit A, Declaration of Raven M. Norris; Exhibit

21 B, Custody Summary Sheet. Accordingly, the Petition should be dismissed as moot.

22      Dated: January 7, 2008                    Respectfully submitted,

23                                                KAREN P. HEWITT
                                                  United States Attorney
24
                                                  s/ Raven M. Norris
25                                                RAVEN M. NORRIS
                                                  Assistant U.S. Attorney
26                                                Attorney for Respondents
                                                  Email: raven.norris@usdoj.gov
27 ///

28 ///

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMED ABUZIR, | ) | Civil No. 07 cv 2249 IEG (LSP) |
| | ) | |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the GOVERNMENT'S RETURN: NOTICE OF REMOVAL on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None

I hereby certify that I caused the foregoing to be mailed, by the United States Postal Service, to the following non-ECF participants on this case:

Mohammed Abuzir
A95-700-812
San Diego Detention Center (CCA)
P.O. Box 439049
San Ysidro, CA 92143

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I have also caused a courtesy copy of the foregoing to be mailed, by the United States Postal Service, to the following parties:

James Fife
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2008

        s/ Raven M. Norris
        RAVEN M. NORRIS