1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Email: Raven.Norris@usdoj.gov
5  Telephone: (619) 557-7157

6
   Attorneys for the Respondents
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
   MOHAMMED ABUZIR,              )    Case No. 07 cv 2249 IEG (LSP)
11                                )
              Petitioner,         )
12                                )    DECLARATION OF RAVEN M. NORRIS
        v.                        )
13                                )
   MICHAEL CHERTOFF, Secretary,   )
14 Department of Homeland Security,)
                                  )
15            Respondents.        )
                                  )
16

17

18

19

20                              EXHIBIT A

21

22

23

24

25

26

27

28

## DECLARATION OF RAVEN M. NORRIS

I, Raven M. Norris, declare and state as follows:

1. I am employed by the United States Attorney's Office, Southern District of California, as an Assistant United States Attorney. My current employment address is 880 Front Street, Room 6293, San Diego, California, 92101. I am the attorney assigned to the above-captioned matter.

2. On January 2, 2008, I contacted the Department of Homeland Security ("DHS") to determine the custody status of the Petitioner in the above-captioned matter. The DHS Officer with whom I spoke informed me that Petitioner would be released under supervision on or about January 3, 2008.

3. The officer provided me with the computer print-out, of which a true and correct copy is attached as Exhibit B. The print-out shows that Petitioner was released from DHS custody on January 3, 2008.

Signed this 7th day of January, 2008, in San Diego, California.

            s/Raven M. Norris
            RAVEN M. NORRIS

1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Email: Raven.Norris@usdoj.gov
5  Telephone: (619) 557-7157

6
   Attorneys for the Respondents
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
11  MOHAMMED ABUZIR,            )   Case No. 07 cv 2249 IEG (LSP)
                                )
12              Petitioner,     )
                                )   EXHIBIT B
13       v.                     )
                                )
14  MICHAEL CHERTOFF, Secretary,)
    Department of Homeland Security,)
15                              )
                Respondents.    )
16  _____)

17

18

19

20                              EXHIBIT B
21

22

23

24

25

26

27

28

fax sent by : 7108397    removal unit    01/07/08   15:58   Pg: 1/1

X409A  Case 3:07-cv-02249-IEG-LSP   Document 9-2   Filed 01/07/2008   Page 4 of 4
       EACS CUSTODY SUMMARY INQUIRY                        DATE: 01/07/2008
                                                           TIME: 17:58:16

A-NUM: 095700812         LAST NAME: ABUZIR
DCO: SND                 FIRST NAME: MOHAMED ROWHI           NATLTY: JORDA

   CHG-DOC-ISSUED: 09/25/2006      DATE-WA-ISSUED: 09/25/2006
   CHG-DOC-SERVED: 09/25/2006      DATE-WA-SERVED: 09/25/2006
                                   CONSUL-NOTIF:

   BOND-AMT-REQUIRED: NOBOND       BOND-TERM-STATUS:
   BOND-AMT-POSTED:                DATE-BOND-POSTED:

   STAT-RECOG-SUPER:               DATE-STATUS-RECOG-SUPER:

   DET-LOC-ID: CCASDCA             DATE-BOOKED-IN: 11/01/2007
   DATE-RELEASED: 01/03/2008       RELEASED-TO: OSUP

   DATE-ENTERED: 11/02/2007        VR-USM:
   DET-FAC-TYPE: NSD               DET-DCO: SND

                                                   PF7 - DET LOC ID LIST
        COMMAND: CUST    A-NUM: 095700812
FIRST PAGE OF DATA