ORIGINAL

1  MOHAMMED ABUZIR
   A95-700-812
2  85101 52nd Ave.
   Coachella, CA 92236
3  (818) 913-2954

FILED

2008 JAN 25 PM 3: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. IRMA E. GONZALEZ)

MOHAMMED ABUZIR,
[A95-700-812],

          Petitioner,

v.

MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, MICHAEL MUKASEY, ATTORNEY GENERAL, ROBIN BAKER, DIRECTOR OF SAN DIEGO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN GARZON, OFFICER-IN-CHARGE,

          Respondents.

Case No. 07CV2249-IEG (LSP)

**PETITIONER'S TRAVERSE**

The Petitioner, Mohammed Abuzir, agrees that, as he was released from Respondents' custody on an order of supervision on January 3, 2008, the Petition should be dismissed without prejudice as moot.

Respectfully submitted,

Dated: 1-19-07

_____
MOHAMMED ABUZIR
Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABUZIR, [A95-700-812] <br><br> Plaintiff, <br><br> sv. <br><br> MICHAEL CHERTOFF, et al., <br><br> Defendant. | Case No. 07cv2249-IEG (LSP) <br><br><br> PROOF OF SERVICE |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is 225 Broadway, Suite 900, San Diego, California, 92101;

3) That I served the within **PETITIONER'S TRAVERSE** hand delivering a true copy of the above-mentioned document on January 25, 2008, to:

**U S Attorney CV**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101

I certify under the laws of the State of California that the foregoing is true and correct. Executed on 25 January 2008 at San Diego, California.

SYLVIA FREEMAN