# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MOHAMMED ABUZIR, | CASE NO. 07cv2249 IEG (LSP), |
|---|---|
| Petitioner, | **ORDER DISMISSING THE PETITION AS MOOT** |
| vs. | |
| MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, MICHAEL MUKASEY, ATTORNEY GENERAL, ROBIN BAKER DIRECTOR OF SAN DIEGO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN GARZON, OFFICER-IN-CHARGE, | |
| Respondents. | |

Petitioner has submitted a Petition for Writ of Habeas Corpus pursuant to 22 U.S.C. § 2241. On December 7, 2007, this Court ordered Respondents to show cause why the Petition should not be granted.

On January 7, 2008, Respondents filed their return to the Petition, asserting Petitioner has in fact been released from custody on or about January 3, 2008, and that the Petition should thus be dismissed as moot. Petitioner filed a traverse on January 25, 2008 in which he conveys his agreement with this position.

Accordingly, the Petition for Writ of Habeas Corpus is **MOOT** and is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**DATED: January 29, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 1 -