AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

JAN 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Mohammed Abuzir

v.

Michael Chertoff; Michael Mukasey; Robin Baker;
John Garzon

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**    07cv2249-IEG(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Petition fo Writ of Habeas Corpus is **MOOT** and is **DISMISSED WITHOUT PREJUDICE.** Case is closed.......................................................................................................................................................

| January 30, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Haslam
(By) Deputy Clerk

ENTERED ON January 30, 2008

07cv2249-IEG(LSP)