


# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABUZIR,<br><br>                 Petitioner,<br>vs.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, MICHAEL MUKASEY, ATTORNEY GENERAL, ROBIN BAKER DIRECTOR OF SAN DIEGO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, JOHN GARZON, OFFICER-IN-CHARGE,<br><br>                 Respondents. | CASE NO. 07cv2249 IEG (LSP),<br><br>**ORDER DISMISSING THE PETITION AS MOOT** |

Petitioner has submitted a Petition for Writ of Habeas Corpus pursuant to 22 U.S.C. § 2241. On December 7, 2007, this Court ordered Respondents to show cause why the Petition should not be granted.

On January 7, 2008, Respondents filed their return to the Petition, asserting Petitioner has in fact been released from custody on or about January 3, 2008, and that the Petition should thus be dismissed as moot. Petitioner filed a traverse on January 25, 2008 in which he conveys his agreement with this position.

Accordingly, the Petition for Writ of Habeas Corpus is **MOOT** and is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

DATED: January 29, 2008

                                                    IRMA E. GONZALEZ, Chief Judge
                                                    United States District Court

AO 450 Judgment in a Civil Case

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Mohammed Abuzir

V.

Michael Chertoff; Michael Mukasey; Robin Baker; John Garzon

*JAN 30 2008*
*CLERK, U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF CALIFORNIA*
*DEPUTY*

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2249-IEG(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Petition fo Writ of Habeas Corpus is **MOOT** and is **DISMISSED WITHOUT PREJUDICE.** Case is closed.............................................................................................................................................

| January 30, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam |
| | (By) Deputy Clerk |
| | ENTERED ON January 30, 2008 |

07cv2249-IEG(LSP)